UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2015 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER ALAN HOFF,<br>　aka "Christopher Allen Hoff,"<br><br>　　　　Defendant. | CR No. 15- **CR15-0677**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1704: Unlawful Possession of a Counterfeit United States Postal Service Key] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about May 28, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER ALAN HOFF, also known as "Christopher Allen Hoff" ("HOFF"), unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 60 pieces of mail addressed to various individuals and businesses, both within Los Angeles County and elsewhere, and at that time and place defendant HOFF knew that said mail was stolen.

COUNT TWO

[18 U.S.C. § 1704]

On or about November 15, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER ALAN HOFF, also known as "Christopher Allen Hoff" ("HOFF"), knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, a key suited to a lock adopted and in use by the United States Post Office Department and Postal Service, and to any lock box, lock drawer, and other authorized receptacle for the deposit or delivery of mail matter, namely, a counterfeit postal "arrow" key.

COUNT THREE

[18 U.S.C. § 1708]

On or about November 15, 2015, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER ALAN HOFF, also known as "Christopher Allen Hoff" ("HOFF"), unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 14 pieces of mail addressed to various individuals, both within Los Angeles County and elsewhere, and at that time and place defendant HOFF knew that said mail was stolen.

A TRUE BILL

/s/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

RUTH C. PINKEL
Assistant United States Attorney
Chief, General Crimes Section

CAMERON L. SCHROEDER
Assistant United States Attorney
Deputy Chief, General Crimes Section

LINDSEY GREER DOTSON
Assistant United States Attorney
General Crimes Section

3