FILED
CLERK U.S DISTRICT COURT

JUN 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 15-0677 R |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [18 U.S.C. § 3148(b)] |
| CHRISTOPHER ALAN HOFF | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her pre-trial release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3148(b),

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

    1.    There is clear and convincing evidence that defendant violated the terms of his release by being terminated from his residential treatment program.

    2.    Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community if allowed to remain on bail pending his sentencing.

1            3.      The defendant's history of substance abuse, his multiple

2    terminations from residential substance abuse treatment programs, and his

3    ambivalence toward participating in a residential treatment program render

4    the defendant unlikely to abide by the conditions of his release if allowed

5    to remain on bail pending his sentencing.

6            Further, the Court finds that the defendant's violation of the

7    conditions of his release constitutes a change in circumstances which

8    justifies reconsideration of the decision to allow him to remain on bail

9    pending his sentencing.  That decision was and is governed by 18 U.S.C. §

10   3143(a), and the Court now finds that, under the current circumstances,

11   clear and convincing evidence does not exist to show that the defendant is

12   not likely to flee or pose a danger to the community if allowed to remain

13   on bail pending his sentencing.

14   IT THEREFORE IS ORDERED that the defendant's release pending his

15   sentencing is revoked, and the defendant is remanded to the custody of the United

16   States Marshal.

17

18   DATED: June 21, 2016

19

20                     /S/ FREDERICK F. MUMM

21                     FREDERICK F. MUMM

22                 United States Magistrate Judge

23

24

25

26

27

28