UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.  **CR-15-677-R**                                                                 **Date: AUGUST 29, 2016**

========================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Terri Hourigan | Poonam G. Kumar |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================

U.S.A. vs (Dft listed below)                                              Attorney for Defendant

1)   **CHRISTOPHER ALAN HOFF**                              1)   Charles C. Brown, DFPD
         X present         X custody                                             X present     X appointed

PROCEEDINGS:     SENTENCING

Defendant is sentenced in this case.

In the interest of justice, the Court GRANTS government's motion to dismiss counts 2 and 3 of the Indictment.

Defendant's bond is exonerated.

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

0:09 min

Deputy Clerk Initials ____CCH____