O

FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Christopher Alan Hoff Defendant. | Case No. CR15-677R |
| | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central Dist of Cal involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

A. (✓) the appearance of defendant as required; and/or

B. (✓) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: See PSA report

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: See PSA report

IT IS ORDERED that defendant be detained.

DATED: 2-16-18

[signature]
Frederick F. Mumm
United States Magistrate Judge