# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR15-00677-R |
| vs | |
| Christopher Alan Hoff | WARRANT FOR ARREST |
| Defendant(s) | |

*Stamped: CLERK U.S. DISTRICT COURT — JUN -6 2019 — CENTRAL DISTRICT OF CALIFORNIA, DEPUTY*

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest <u>Christopher Alan Hoff</u> and bring him forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition

☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  __18__  United States Code, Section(s)  __3583(e)(3)__

| Kiry K. Gray | Febuary 5, 2018 | Los Angeles, CA |
|---|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE | |
| Clerk of Court | | |
| TITLE OF ISSUING OFFICER | | |
| /s/ Christine Chung | By: Manuel L. Real | |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |

*Stamp: RECEIVED U.S. MARSHALS SERVICE LOS ANGELES, CA 90012 — 18 FEB -6 ᴀᴍ 7:41*

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER

ARRESTED WITHIN THE C/CA
BY: USMS Deputy L. Williams
ON: 02-15-18
SIGNED: [signature]

G-04  (10/15)                     WARRANT FOR ARREST